### 24666.   HOGAN v. THE STATE.

DUCKWORTH, Chief Justice.   It appears that the Court of Appeals and not the Supreme Court has jurisdiction of this appeal since the alleged constitutional question which would give this court jurisdiction was raised for the first time in the amended motion for new trial and comes too late to be considered.   *Corbin v. State,* 212 Ga. 231 (7a) (91 SE2d 764), and cases cited therein.   The case is

*Transferred to the Court of Appeals.   All the Justices concur.*

SUBMITTED JUNE 10, 1968—DECIDED JUNE 20, 1968.

*John H. Ruffin, Jr.,* for appellant.

*George Hains, Solicitor General, E. Freeman Leverett,* for appellee.